DATE: January 5, 2007

FROM: Mal Duszak
613 Cross Street
East McKeesport PA  15035
1-888-546-2320  Telephone

TO: Clerk, U.S. District Court

RE: Filing of Complaint

Attached for filing are:

1. $350.00 filing fee;
2. Civil Cover Sheet
3. (6) Summons (to be returned)
4. 10 copies of the Complaint

Please return the Complaints to me along with the stamped summonses.

Thank you.

*Mal Dusk*



07CV09 UNA
FILED
JAN 0 8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE