OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

January 9, 2007

Mal Duszak  
613 Cross Street  
East McKeesport, PA 15035

    RE:  **Complaint received on 1-8-07;**  
           **Civ. No. 07-09**.

Dear Mr. Duszak:

    The clerk's office is in receipt of your complaint filed on 1-8-07. Please be advised that we are unable to issue the three summonses you submitted to our office. Pursuant to Federal Rule 4, of the Federal Rules of Civil Procedure, these summonses must include the parties' full addresses.

    Enclosed you will find 10 magistrate consent notices and one magistrate consent acknowledgment of receipt form. We ask that you please sign and return just the acknowledgment form to our office. Also, enclosed is a copy of Federal Rule 4, of the Federal Rules of Civil Procedure. We also ask that you please sign and return the acknowledgment of receipt form attached to Rule 4.

                                        Sincerely,

                                        PETER T. DALLEO  
                                        CLERK

/rpg

enc: Magistrate Consent Notices  
     Acknowledgment of Magistrate Consent Form  
     Rule 4 of the Fed. Rules of Civ. Proc.  
     Acknowledgment of Receipt of Rule 4.