DATE: January 11, 2006

FROM: Mal Duszak
613 Cross Street
East McKeesport PA  15035
1-888-546-2320  Telephone

07-9

TO: Clerk, U.S. District Court

RE: Summonses

Pursuant to your letter of January 9, 2006, I have attached corrected summonses bearing the full address of the defendant.

Please return them to me in the attached envelope.

*Mal Dusk*



FILED
JAN 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

