IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
JAN 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO SUBSTITUTE "JOHN DOE" PARTY AND TO AMEND CAPTION

AND NOW, Plaintiff Mal Duszak ("Duszak"), and moves this Court to substitute John Doe I with Daniel W. Burgess:

1. Duszak filed an extensive complaint against several entities and persons in connection with a complicated stock fraud scheme involving a company known as First Guarding Financial Corporation, which is traded on the Pink Sheets over the counter stock market. The stock fraud involved issuing press releases claiming that the company was reducing its authorized shares, all while at the same time, it was issuing new shares in excess of those authorized by its articles of incorporation.

2. The Complaint names John Does 1 through 100 because at the time of the filing, the identities of those responsible were not known.

3. Specifically, the John Doe defendants used nominees and name alterations during the course of their scheme. For instance, they used a 29 year old restaurant

worker for their corporate "President" who was allegedly participating in multi-million dollar business transactions – all while managing a restaurant in Florida.

4. An extensive investigation has been started by the Plaintiff.

5. The Plaintiff learned that one press release announced a business transaction where FGFC purchased a company, "nationwidereforsale," which allegedly had over $600,000,000 in real estate listings. An investigation revealed that an individual named Daniel W. Burgess purchased the website www.nationwidereforsale.com at an e-Bay auction for $1,300. Mr. Burgess admitted to the seller that he was buying the domain name for FGFC. Mr. Burgess provided the seller of the domain with contact emails dan@highanglemedia.com and dan@skiershop.com . The seller advised Mr. Burgess that the website had no revenue, no users, and had not been marketed.

6. An investigation into these emails verifies that they indeed belong to Daniel Burgess who is the President of another publicly traded company, Summus Works, Inc., (Pink Sheets: SMMW). Mr. Burgess has apparently issued billions of shares (based on information, Mr. Burgess issued over 80,000,000,000 shares) in connection with SMMW that has reduced the price of the stock to $.0001, the lowest possible price for a publicly traded stock unless the buyer or seller is a licensed broker acting as a market maker.

7. Repeated attempts to contact Mr. Burgess have been unsuccessful and he has not returned various telephone calls.

8. The information in connection with the nationwidereforsale.com transaction, and Mr. Burgess' prior participation in over the counter stocks, provides probable cause to believe that he may be directing FGFC's activities through the use of nominees such as Defendant Rosenman.

9. At a minimum, the information reveals that Mr. Burgess has participated or aided and abetted the FGFC matter to a point where he should be substituted for John Doe 1 in this case.

10. As such, Plaintiff requests an Order directing that John Doe 1 be replaced with Daniel Burgess and that the caption be amended accordingly.

11. A proposed summons is attached for Daniel Burgess.

11. A proposed Order is attached.

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that this Court issue an appropriate Order.

I, Mal Duszak, declare and state under the penalty for perjury that the allegations above are true and correct to the best of my knowledge, information, and belief. 28 USC §1746.

Respectfully submitted,

*Mal Dusk*
_____
Mal Duszak
613 Cross Street
East McKeesport, PA  15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| vi. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon motion of the plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED that defendant "John Doe 1" is hereby replaced with Daniel W. Burgess as a defendant, that the caption shall be amended to include Daniel W. Burgess as a party defendant, that the Clerk shall issue a summons as to Daniel W. Burgess directing him to answer within twenty (20) days of service.

By the Court:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 14th day of January, 2007:

Daniel W. Burgess
PO Box 1542, #5
Stowe, VT 05672

Daniel W. Burgess
c/o Skiershop
638 Main Street
Stowe, VT 05672

Edward Abraham Rosenman
15360 Sonoma Drive, #105
Fort Meyers, FL 33908

Wakisha Rosenman
a/k/a Wakisha Nicolas
2827 S. W. 30th Street
Cape Coral, FL 33914

First Guardian Financial Corporation
c/o Delaware Corporations LLC
800 Delaware Avenue
Wilmington, DE 19801

Fauzie Mohamed
a/k/a Fauzie Mohamaed
Windsor Capital Ltd.
Trafalgar Leasing & Finance Corporation
82 Wall Street, #1107
New York, NY 10005

*Mal Dusk*
Mal Duszak

