AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

MAL DUSZAK

V.

EDWARD ABRAHAM ROSENMAN; WAKISHA
ROSENMAN a/k/a WAKISHA NOCOLAS; FIRST
GUARDIAN FINANCIAL CORPORATION;
TRAFALGAR LEASING & FINANCE CORPORATION;
COSMOS GROUP; WINDSOR CAPITAL LTD.;
FAUZIE MOHAMED a/k/a FAUZIE MOHAMAED;
"JOHN" LNU; JOHN DOES 1-100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07cv0009



TO: (Name and address of Defendant)

FIRST GUARDIAN FINANCIAL CORPORATION

c/o Delaware Corporations LLC, Registered Agent

800 Delaware Avenue

Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mal Duszak
613 Cross Street
East McKeesport, PA 15035

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1-16-07

CLERK                                    DATE

_Beth Duna_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/23/2007 @ 1:44 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Alan M. Schmidt | Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Robin Brooks, registered agent, c/o Delaware Corporations LLC, 800 Delaware Avenue, Wilmington, DE 19801**

**48, F, W, 5'6", 135 pounds, brown hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/2007
                Date

*Alan M. Schmidt* (signature)

Alan M. Schmidt

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Mal Duszak
613 Cross Street
East McKeesport, PA 15035



Clerk, U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801