UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MAL DUSZAK, :
:
Plaintiff, :
:
v. : Case No. 07cv0009
:
EDWARD ABRAHAM ROSENMAN; :
WAKISHA ROSENMAN a/k/a WAKISHA :
NOCOLAS; FIRST GUARDIAN FINANCIAL :
CORPORATION; TRAFALGAR LEASING & :
FINANCE CORPORATION; COSMOS :
GROUP; WINDSOR CAPITAL, LTD.; FAUZIE :
MOHAMED a/k/a FAUZIE MOHAMAED; :
"JOHN" LNU; JOHN DOES 1-100, :
:
Defendants. :

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Edward Abraham Rosenman, Wakisha Rosenman a/k/a Wakisha Nocolas, First Guardian Financial Corporation, Trafalgar Leasing & Finance Corporation, Cosmos Group, Windsor Capital Ltd., and Fauzie Mohamed a/k/a Fauzie Mohamaed (collectively, the "Moving Defendants"), by and through their undersigned attorney, move this Honorable Court for an extension of time to answer or otherwise respond to the Complaint and state as follows:

1. Plaintiff initiated the instant action by filing a Complaint with this Court on January 8, 2007. As of the date of this filing, Plaintiff purportedly served process upon some, but not all, of the Moving Defendants.

2. The undersigned was retained by the Moving Defendants on February 9, 2007 to represent them in this case. The Moving Defendants believe they have valid defenses to the Complaint.

3. The Moving Defendants respectfully request that the Court extend the time in which they may answer or otherwise respond to the Complaint by twenty (20) days from the date on which the last of the Moving Defendants is served with process herein.

4. The Moving Defendants request said extension so that their counsel can: determine whether process was properly served upon them, investigate the Moving Defendants' claims and defenses in this action, and, if appropriate, file a single answer or other response to the Complaint on behalf of all of the Moving Defendants.

5. The undersigned made a request to Plaintiff, who is acting *pro se*, for an extension to respond to the Complaint. However, Plaintiff has not responded to the undersigned's request.

6. No previous extensions of time have been requested or obtained from the Plaintiff or granted by this Court.

WHEREFORE, the Moving Defendants respectfully request that the Court extend the time in which they may answer or otherwise respond to the Complaint by twenty (20) days from the date on which the last of the Moving Defendants is served with process herein, and grant any further relief the Court deems just and proper.

Respectfully submitted,

_____
John C. Phillips, Jr. (Bar No. 110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200 (telephone)
(302) 655-4210 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MAL DUSZAK, :
:
      Plaintiff, :
:
v. : Case No. 07cv0009
:
EDWARD ABRAHAM ROSENMAN; :
WAKISHA ROSENMAN a/k/a WAKISHA :
NOCOLAS; FIRST GUARDIAN FINANCIAL :
CORPORATION; TRAFALGAR LEASING & :
FINANCE CORPORATION; COSMOS :
GROUP; WINDSOR CAPITAL, LTD.; FAUZIE :
MOHAMED a/k/a FAUZIE MOHAMAED; :
"JOHN" LNU; JOHN DOES 1-100, :
:
      Defendants. :

### CERTIFICATE OF SERVICE

I, JOHN C. PHILLIPS, JR., ESQUIRE, hereby certify that on February 12 2007, two copies of the following documents:

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

were served via first class mail to the following:

Mal Duszak
613 Cross Street
East McKeesport, PA 15035

                                PHILLIPS, GOLDMAN & SPENCE, P.A.

                                /s/ John C. Phillips, Jr.
                                JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                1200 North Broom Street
                                Wilmington, DE 19806
                                (302) 655-4200
                                Attorney for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MAL DUSZAK, :
:
Plaintiff, :
:
v. : Case No. 07cv0009
:
EDWARD ABRAHAM ROSENMAN; :
WAKISHA ROSENMAN a/k/a WAKISHA :
NOCOLAS; FIRST GUARDIAN FINANCIAL :
CORPORATION; TRAFALGAR LEASING & :
FINANCE CORPORATION; COSMOS :
GROUP; WINDSOR CAPITAL, LTD.; FAUZIE :
MOHAMED a/k/a FAUZIE MOHAMAED; :
"JOHN" LNU; JOHN DOES 1-100, :
:
Defendants. :

## ORDER

AND NOW, this _____ day of _____, 2007, the Court having considered the Motion of Defendants Edward Abraham Rosenman, Wakisha Rosenman a/k/a Wakisha Nocolas, First Guardian Financial Corporation, Trafalgar Leasing & Finance Corporation, Cosmos Group, Windsor Capital Ltd., and Fauzie Mohamed a/k/a Fauzie Mohamaed (collectively, the "Moving Defendants") for Extension of Time to Answer or Otherwise Respond to Complaint (the "Motion"), it is hereby ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that all of the Moving Defendants shall answer or other respond to Plaintiff's Complaint within twenty (20) days from the date on which the last of the Moving Defendants is served with process herein.

_____
DISTRICT JUDGE