IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE "JOHN DOE II" PARTY AND TO AMEND CAPTION TO INCLUDE EDWARD W. HAYTER AS A PARTY DEFENDANT

AND NOW, Plaintiff Mal Duszak ("Duszak"), and moves this Court to substitute John Doe 2 with Edward W. Hayter:

1. Duszak filed an extensive complaint against several entities and persons in connection with a complicated stock fraud scheme involving a company known as First Guarding Financial Corporation, which is traded on the Pink Sheets over the counter stock market. The stock fraud involved issuing press releases claiming that the company was reducing its authorized shares, all while at the same time, it was issuing new shares in excess of those authorized by its articles of incorporation.

2. The Complaint names John Does 1 through 100 because at the time of the filing, the identities of those responsible were not known.

3. Specifically, the John Doe defendants used nominees and name alterations during the course of their scheme. For instance, they used a 29 year old restaurant worker for their corporate "President" who was allegedly participating in multi-million dollar business transactions – all while managing a restaurant in Florida.

4. An extensive investigation has been started by the Plaintiff.

5. The Plaintiff recently received share certificates for the company from Computershare, FGFC's stock transfer agent.

6. The share certificates, dated January 2007, list Edward Wayne Hayter Sr. as the President of First Guardian Financial Corporation and it's duly appointed officer.

7. Hayter is the person who allegedly sold the corporate shell to undisclosed "new owners," however, he has been unforthcoming in identifying the identities of the persons he sold the shell to. Hayter was given multiple opportunities to provide the information necessary to identify the person or persons he purportedly sold control to.

8. While FGFC issued press releases claiming that Hayter had no association with the company, the press releases were materially false in the nominee president, Edward Abraham Rosenman, indeed worked for Hayter as a restaurant manager in Florida.

9. As such, it appears that the plaintiff has probable cause to join Edward Wayne Hayter as a party defendant and to substitute "John Doe II."

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that this Court issue an appropriate Order.

I, Mal Duszak, declare and state under the penalty for perjury that the allegations above are true and correct to the best of my knowledge, information, and belief. 28 USC §1746.

Respectfully submitted,

*Mal Dush*
Mal Duszak
613 Cross Street
East McKeesport, PA  15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| vi. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ____ day of _____, 2007, upon motion of the plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED that defendant "John Doe 2" is hereby replaced with Edward Wayne Hayter Sr. as a defendant, that the caption shall be amended to include Edward Wayne Hayter Sr. as a party defendant, that the Clerk shall issue a summons as to Edward Wayne Hayter Sr. directing him to answer within twenty (20) days of service.

By the Court:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

      I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 10th day of February, 2007:

Daniel W. Burgess
PO Box 1542
Stowe, VT 05672

Edward Wayne Hayter Sr.
165 Jaffrey Street
Brooklyn, NY 11235-3022

Edward Abraham Rosenman
15360 Sonoma Drive, #105
Fort Meyers, FL 33908

Wakisha Rosenman
a/k/a Wakisha Nicolas
2827 S. W. 30th Street
Cape Coral, FL 33914

First Guardian Financial Corporation
c/o Delaware Corporations LLC
800 Delaware Avenue
Wilmington, DE 19801

Fauzie Mohamed
a/k/a Fauzie Mohamaed
Windsor Capital Ltd.
Trafalgar Leasing & Finance Corporation
82 Wall Street, #1107
New York, NY 10005

Sam P. Israel, Esquire
1 Liberty Plaza, 23d Floor
New York, NY 10006
    Via facsimile: 1-212-201-5343

*Mal Dush*
Mal Duszak