AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

MAL DUSZAK

V.

EDWARD ABRAHAM ROSENMAN; WAKISHA ROSENMAN a/k/a WAKISHA NOCOLAS; FIRST GUARDIAN FINANCIAL CORPORATION; TRAFALGAR LEASING & FINANCE CORPORATION; COSMOS GROUP; WINDSOR CAPITAL LTD.; FAUZIE MOHAMED a/k/a FAUZIE MOHAMAED; "JOHN" LNU; JOHN DOES 1-100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07cv0009

TO: (Name and address of Defendant)

TRAFALGAR LEASING & FINANCE CORPORATION
Attn: Fauzie Mohamed
82 Wall Street #1107
New York NY 10005



FILED
FEB 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mal Duszak
613 Cross Street
East McKeesport, PA 15035

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

1-16-07

CLERK                                  DATE

Beth Onrai

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 24, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bobby Ali | Process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  by serving Fauzie Mohamed, Officer, at 82 Wall Street, Suite 801, New York, New York.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 1, 2007
              Date

Signature of Server   Bobby Ali

Address of Server

KEATING & WALKER
Attorney Service, Inc.
One Beekman Street
New York, New York 10038
212-964-6444

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------X
MAL DUSZAK,

            Plaintiff(s),

CASE NO. 07 CV 0009

-against-

**AFFIDAVIT OF SERVICE**

EDWARD ABRAHAM ROSENMAN, **ET AL.**,

            Defendant(s).
-------------------------------------------------------------X

STATE OF NEW YORK    )
                              :
COUNTY OF NEW YORK )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 24th day of January, 2007, at approximately 11:12 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT together with NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION** upon Trafalgar Leasing & Finance Corporation-Attention: Fauzie Mohamed at 82 Wall Street, Suite 801, New York, New York. I informed Mr. Mohamed of the nature of my visit. He flatly refused to accept in-hand service of the aforementioned papers. I then personally delivered and left the same in the presence of Fauzie Mohamed, at that address.

      Fauzie Mohamed is a brown-skinned male, approximately 55 years of age, is approximately 5 feet and 7 inches tall, but was seated at the time of service, weighs approximately 180 pounds, is balding with short black and gray hair and dark eyes.

Sworn to before me this
30th day of January, 2007

BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010