DATE:      January 11, 2006

FROM:     Mal Duszak
          613 Cross Street
          East McKeesport PA  15035
          1-888-546-2320  Telephone

TO:        Clerk, U.S. District Court

RE:        Service returns, *Duszak v. Rosenman*, 07cv0009 *** (D. Del.)

Please file the attached proofs of service:

1. Trafalgar Leasing & Finance Corporation, January 24, 2007

2. Fauzie Mohamed a/k/a Fauzie Mohamaed, January 24, 2007

3. Windsor Capital Ltd., January 24, 2007



FILED
FEB 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned