IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

AND NOW, Plaintiff Mal Duszak ("Duszak"), and opposes the defendants' motion for extension of time to answer or otherwise respond to the Complaint:

1. Duszak filed an extensive complaint against several entities and persons in connection with a complicated stock fraud scheme involving a company known as First Guarding Financial Corporation, which is traded on the Pink Sheets over the counter stock market. The stock fraud involved issuing press releases claiming that the company was reducing its authorized shares, all while at the same time, it was issuing new shares in excess of those authorized by its articles of incorporation.

2. The defendants appeared in the action by counsel and sought an extension of time to answer the complaint. However, the extension did not seek a time certain to respond, but rather, sought a blanket stay until all of the defendants are served.

3. In this case, there are over 100 John Doe defendants. They will be served as they are substituted and become known.

4. Already, motions were filed seeking to join two additional parties.

5. Therefore, if the defendants' request is granted, they may never be required to answer.

6. A summons has not even been issued as to defendants Cosmos Group and Waukisha Rosenman as additional investigation is being conducted to determine if they are proper parties. Thus, the extension requested may be perpetual or at least 120 days from the present time, either of which is an extremely unwarranted delay.

7. Additionally, if counsel for the defendants are referring only to the initial defendants, the filing of the motion for an extension on behalf of all of the defendants constituted a general appearance and a waiver of service on behalf of those defendants.[1]

8. Finally, and problematically, is that this case involved a fraud scheme where the defendants issued press releases that they were "buying back" shares of First Guardian Financial Corporation on the public market all while at the same time they were issuing additional shares in excess of what was authorized by the amendments to the articles of incorporation on file with the Delaware Secretary of State. As such, there is the matter of nearly 120,000,000 counterfeit shares, including share certificates issued to the plaintiff in January 2007. As such, irreparable harm will occur if this matter does not move forward because nothing prevents the defendants from wreaking more damage to the shareholders of FGFC in the interim.

---

[1] It is unclear whether counsel for the defendants was truly "retained" by all of the defendants in light of certain conversations with Edward Rosenman where he inferred that he was acting as a nominee for certain parties and actually had no participation in the press releases in this case. Based on information, counsel for the defendants may have a conflict of interest as a result of Mr. Rosenman's defense that he did not participate in the actions.

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that this Court deny the defendants' blanket motion for an extension.

Respectfully submitted,

*Mal Dusak*
_____
Mal Duszak
613 Cross Street
East McKeesport, PA  15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 |
| | ) | |
| vi. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this \_\_\_\_ day of _____, 2007, it is hereby

ORDERED, ADJUDGED, and DECREED that the defendants' request for a blanket

extension of time is DENIED.

By the Court:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 13th day of February, 2007:

Daniel W. Burgess
PO Box 1542, #5
Stowe, VT  05672

Daniel W. Burgess
c/o Skiershop
638 Main Street
Stowe, VT  05672

Edward Wayne Hayter Sr.
165 Jaffrey Street
Brooklyn, NY  11235-3022

John C. Phillips Jr., Esquire
Phillips Goldman & Spence P.A.
1200 North Broom Street
Wilmington, DE  19806

*Mal Dusk*
Mal Duszak

**Shipping Document — UPS Next Day Air / UPS Worldwide Express**

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**.

SHIPMENT FROM
UPS ACCOUNT NO.
REFERENCE NUMBER
TELEPHONE

FILING DIVISION
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830

DELIVERY TO
CLERK, U.S. DISTRICT COURT
Lockbox 18
844 N. King Street
Wilmington, DE 19801
TELEPHONE

WEIGHT: LTR
DIMENSIONAL WEIGHT
LARGE AIR PACKAGE
EXPRESS (INT'L)
DOCUMENTS ONLY [X]
SATURDAY DELIVERY

UPS Next Day Air®
Tracking Number: J197 845 855 1

DATE OF SHIPMENT: 02/13/07

SHIPPER RELEASE [X]
Expedited℠

Apply shipping documents on this side.
Do not use this envelope for:
- For UPS Next Day Air services, for envelopes containing correspondence and electronic media. When a UPS Express Envelope is selected, those listed above are subject to the applicable weight.
- For UPS Worldwide Express, the UPS Express Envelope may be used only for documents. There is no limit on the weight that can enclose.
- Do not use UPS 2nd Day Air for over 13 ounces in this envelope. UPS Express Envelopes will ship to the corresponding rate.
- Do not send cash or cash equivalent.

Reusable — Use twice, then...

01091120 1/05 S    United Parcel Service, Louisville, KY

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air...

80% Post-Consumer