UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MAL DUSZAK, :
:
      Plaintiff, :
:
v. : Case No. 07cv0009
:
EDWARD ABRAHAM ROSENMAN; :
WAKISHA ROSENMAN a/k/a WAKISHA :
NOCOLAS; FIRST GUARDIAN FINANCIAL :
CORPORATION; TRAFALGAR LEASING & :
FINANCE CORPORATION; COSMOS :
GROUP; WINDSOR CAPITAL, LTD.; FAUZIE :
MOHAMED a/k/a FAUZIE MOHAMAED; :
"JOHN" LNU; JOHN DOES 1-100, :
:
      Defendants. :

**DEFENDANTS' OPPOSITION TO MOTION TO RECONSIDER**

Defendants Edward Abraham Rosenman, Wakisha Rosenman a/k/a Wakisha Nocolas, First Guardian Financial Corporation, Trafalgar Leasing & Finance Corporation, Cosmos Group, Windsor Capital Ltd., and Fauzie Mohamed a/k/a Fauzie Mohamaed (collectively, the Defendants"), by and through their undersigned attorney, oppose the Plaintiff's motion to reconsider this Honorable Court's order of February 13, 2007 granting an extension of time to answer or otherwise respond to the Complaint and state as follows:

1. Plaintiff's motion assumes, we believe inaccurately, that the Court granted Defendants' Motion without considering Plaintiff's objection. If the Court did in fact consider Plaintiff's objection, there is no basis for Plaintiff's Motion to Reconsider under Local District Court Civil Rule 7.1.5 since it does not raise any new issues and there is no evidence that the Court misunderstood the issue at the time it issued its ruling.

2. The seven (7) Defendants on whose behalf the motion was filed are not seeking an indefinite extension but merely an opportunity to assess the actual state of the

pleadings, parties and other critical facts that should be known before a response is filed. The Plaintiff concedes that she has not even determined who the relevant parties are, may not have named all of them in the Complaint and may want to plead additional facts. The Plaintiff also concedes that she has not even served all of the Defendants who filed the motion for an extension. Despite the foregoing, Plaintiff wants the named defendants (who ostensibly were served) to file their answers immediately and irrespective of the fluidity of her allegations. The Plaintiff obviously seeks to gain an unfair advantage through haste.

3. Similarly, I understand that the Plaintiff has also caused subpoenas to be issued in New York and Pennsylvania in this case, at least some of which are believed to be improper. Defendants are considering the appropriate responses to them in those respective forums.

4. The Court should also know that the complaint designates as Plaintiff's telephone number the following: 888-546-2320. The individual answering this number purports to be the Plaintiff's husband, an individual named "Keith Maydak" who, according to our research, is a convicted felon currently engaged in countless lawsuits with everyone from sentencing judges to the cooks in the prison cafeteria where he once sojourned. Though he is not a member of the bar of this Court, Mr. Maydek insists that he represents his wife, Mal Duszak – i.e., the "pro se" plaintiff in these proceedings. For her part, Ms. Duszak allegedly resides in Poland. We have also observed that her Court filings are not actually signed but rather reflect the imprint of a rubber stamp bearing her name.

5. I also note that since plaintiff is not a member of any bar association and, therefore, is not under any ethical obligations in her representations to this Court, her hearsay statements cannot be accepted.

6. To the extent that the Court is inclined to grant the motion for reconsideration, the Defendants respectfully request a hearing during which this allegedly pro se

plaintiff may herself appear and address the foregoing concerns.

WHEREFORE, the Moving Defendants respectfully request that the Court deny the Plaintiff's motion to reconsider and grant any further relief the Court deems just and proper.

                Respectfully submitted,

                _____
                John C. Phillips, Jr. (Bar No. 110)
                PHILLIPS, GOLDMAN & SPENCE, P.A.
                1200 N. Broom Street
                Wilmington, DE 19806
                (302) 655-4200 (telephone)
                (302) 655-4210 (fax)

DATE: February 16, 2007

CERTIFICATE OF SERVICE

      I hereby certify that on February 16, 2007, a copy of the foregoing Defendants' Opposition to Motion to Reconsider was served upon the following person(s) via facsimile and first class, postage prepaid mail:

Mal Duszak
613 Cross Street East
McKeesport, PA 15035

Fax Number: 1-800-572-4403

                                                 _____
                                               John C. Phillips, Jr., Esquire (#110)