Mal Duszak
613 Cross Street
East McKeesport, PA 15035
1-888-546-2320 Telephone
m.duszak@u2send.com

February 14, 2007

FILED
FEB 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Robert Cruikshank, Deputy Clerk
United States District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

    In re: *Duszak v. Rosenman*, 07cv0009 (D.Del.)

Dear Mr. Cruikshank:

I have reviewed the docket wherein you have construed my motion to join additional defendant as an "Amended Complaint" under Rule 15. *See* Entry 10.

Because it may become necessary to file an amended complaint, and since there will be the joinder of additional defendants as their identities are discovered, I am asking you to correct the docket and submit my motion as it is stated, to wit, one to join the additional party.

Specifically, Rule 21 allows the Court to drop or add parties on motion. Rule 19 also allows for joinder of defendants. Neither of these rules requires reliance on Rule 15 related to Amended Complaints.

My motion should be construed only as to what it is, a motion to join the party defendants, because the construction as an amended pleading is prejudicial.

I note that a similar motion is pending at docket number 6 and it has not been so construed.

It will be entirely burdensome to consider each additional party, replacing the John Doe parties, to be an amended complaint which would require the other parties to answer.

As such, I would appreciate it if you would kindly correct the notation on the docket and transmit the motion at entry 6 to the Magistrate Judge for consideration so that an Order joining the parties can be entered.

Respectfully submitted,

*Mal Dusk*

Mal Duszak

cc: John Phillips, Esquire