## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 *** / mpt |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CORRECT THE DOCKET

AND NOW COMES the Plaintiff Mal Duszak ("Duszak") and moves this Court to

correct the docket entry 10 for the reasons set forth in the letter to the Clerk filed at Entry 18.

That is, docket entry 10 should be treated as a motion to substitute John Doe II with Edward

W. Hayter, Sr., and not as an Amended Complaint as moreso explained at Entry 18.

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that

this Court correct the docket.

Respectfully submitted,

*Mal Dush*

Mal Duszak
613 Cross Street
East McKeesport, PA 15035
1-888-546-2320 Telephone
1-800-572-4403 Facsimile
m.duszak@k2send.com

PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009  *** / mpt |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD.,  FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN"  LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this ____ day of _____, 2007, it is hereby

ORDERED, ADJUDGED, and DECREED that the Clerk shall correct Docket Entry 10 and

list it as the document is captioned, *i.e.*, a motion.  It is further ORDERED that this Court

will treat the document as a motion and issue a separate order.   It is further ORDERED that

the document at Entry 10 is not treated or construed as an Amended Complaint.

By the Court:

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion

to the following parties on this 27[h] day of February, 2007:

Daniel W. Burgess
PO Box 1542, #5
Stowe, VT 05672

Daniel W. Burgess
c/o Skiershop
638 Main Street
Stowe, VT 05672

Edward Wayne Hayter Sr.
165 Jaffrey Street
Brooklyn, NY 11235-3022

John C. Philips, Jr., Esquire
Phillips, Goldman & Spence P.A.
1200 N. Broom Street
Wilmington, DE 19806


_Mal Dusk_
Mal Duszak