IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 *** / mpt |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
APR 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**MOTION TO AMEND CAPTION TO REFLECT NAME CHANGE OF
DEFENDANT FIRST GUARDIAN FINANCIAL CORPORATION**

AND NOW COMES the Plaintiff Mal Duszak ("Duszak"), and requests that this Court amend the caption of this case to reflect the recent name change of Defendant First Guardian Financial Corporation:

1. On April 23, 2007, Defendants First Guardian Financial Corporation and Fauzie Mohamed announced that the name of the corporation has been changed to New Capital Funding Corporation. _See_ Exhibit A.

2. A check with the Delaware Secretary of State reveals that documents were filed changing the name on April 12, 2007. _See_ Exhibit B.

3. The change of name should be reflected in the caption and Defendant First Guardian Financial Corporation should not be listed as "New Capital Funding Corporation f/k/a First Guardian Financial Corporation."

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that this Court amend the caption to reflect the recent name change of Defendant First Guardian Financial Corporation.

Respectfully submitted,

*Mal Dush*
Mal Duszak
613 Cross Street
East McKeesport, PA  15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 *** / mpt |
| | ) | |
| vi. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon the Court being satisfied that Defendant First Guardian Financial Corporation changed its name to New Capital Funding Corporation, it is hereby ORDERED, ADJUDGED, and DECREED that the caption of this case shall be changed to list "New Capital Funding Corporation f/k/a First Guardian Financial Corporation" as the defendant and the Clerk shall modify the docket sheet accordingly to reflect the new name of the defendant.

By the Court:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 24th day of April, 2007:

Daniel W. Burgess
PO Box 1542, #5
Stowe, VT 05672

Daniel W. Burgess
c/o Skiershop
638 Main Street
Stowe, VT 05672

Edward Wayne Hayter Sr.
165 Jaffrey Street
Brooklyn, NY 11235-3022

John C. Philips, Jr., Esquire
Phillips, Goldman & Spence P.A.
1200 N. Broom Street
Wilmington, DE 19806

_/s/ Mal Dusk_
Mal Duszak

EXHIBIT "A"

# First Guardian Financial Corporation Names Mr. Fauzie Mohamed Permanent President & CEO

NEW YORK, NY -- (MARKET WIRE) -- April 23, 2007 -- First Guardian Financial Corporation (PINKSHEETS: FGFC) today announced that it has named Mr. Fauzie Mohamed as the permanent President & CEO of the company. Mr. Mohamed has served as the interim President since January of this year.

Mr. Mohamed has also acquired a majority interest in the company; the company will undergo a new name and symbol change to reflect the new direction of the business operations. The name and symbol change will be announced upon its approval by NASDAQ.

The company also stated that there will be no reverse split or change in the capital structure of the company.

The new name for the company will be New Capital Funding Corporation.

Mr. Mohamed stated: "Going forward, we will maintain a sharp focus on meeting all of our stated objectives and will continue to grow the business per its current and new business plan." The Company focuses on NEW Technologies for: NEW eTechnologies, NEW Energy, Clean Environment, Responsible Mining.

The Company builds Funds to create Incubation Capital for these Sectors while developing Client Companies through a Financial Network in the Capital Markets to foster the Growth of Incubated Companies with Capital and Business Development Opportunities. FGFC grows with the Companies it fosters that meets its Capitalization Criteria.

Mr. Fauzie Mohamed established in 1973 a Professional Practice of Management, Business and Information Systems Consulting (MBISC). He started his Practice as an Independent Consultant in this field, after leaving the Software/Consulting firm in London, England where he started as a Software Engineer in 1969. In addition to his Country of Birth, British Guiana, South America (now Guyana, since independence from Britain in 1966), where he left in 1967, Fauzie lived and worked in:

```
 1.  New York City, USA 1967-1968, where he got his Initial Education as
a Software Engineer for IBM Mainframe Technologies. (Current Legacy
Systems).

 2.  London, England 1968-1975. Continued Education/Practical
Experience:      1969 +.

 3.  Toronto, Canada 1975-1985. Independent MBISC/IT Consultant. Major
     Clients.
```

```
4.  New York 1985 to present: Major MBISC/IT Financial Institution
    Clients, Wall Street, NYC: CitiBank/CitiGroup, Bankers
    Trust/Deutsche  Bank, JPMorgan Chase, etc.
```

Mr. Mohamed also established in 2001 a Professional Practice of Investment Banking Services, including Mergers and Acquisitions (M&A) and Capital Funding Services. He has been very active and focused in this area since establishing this Practice. He is Entrepreneurial with a broad set of diversified skills in addition to his core competencies of MBISC skill sets. He has also established and operated an International Trading Company during the early 1990s and still gets involved with appropriate Deals/Projects.

Mr. Mohamed has compiled an impressive Information Systems/Technology background related to Project Management/Project Leadership, Feasibility, Business Analysis, Requirements Definition, Systems Architecture, Design, Development, Testing and Implementation of large, complex Online/Real Time and Batch Systems. He is a proven performer who has led by example, maintained technical skills and accepted greater leadership and management responsibilities. He is able to successfully handle Projects from conception through to implementation because he has maintained his unique combination of skills. His 36+ years of information systems experience have covered the UK, Canada and the United States, where he has lived and worked on a variety of Projects for various types of clients, designing, building and implementing large, complex application systems.

Since 1994, Mr. Mohamed's assignments have been in the Wall Street, NY area. During this time his clients have included Merrill Lynch, Citigroup/Smith Barney, Deutsche Bank/Banker's Trust, Citibank and Chase Manhattan Bank/JP Morgan Chase.

Mr. Mohamed possesses a strong background in Mortgage Backed Securities, Securities/Brokerage Systems, Banking Application Systems, Mutual Fund/Investment Systems, and Trade Information Systems; Financial Products Sub-Systems, Branch Electronic Reporting System, Financial Accounting Systems, Mortgage Administration Systems, and Loan Systems. Mr. Mohamed is married with one daughter and is a citizen of the United States and lives in New York City.

EXHIBIT B

(Delaware Secretary of State Database)

Entity Details
File Number: **2434385**
Incorporation Date /
Formation Date:
**09/13/1994**
(mm/dd/yyyy)
Entity Name: **NEW CAPITAL FUNDING CORP**
Entity Kind: **CORPORATION** Entity Type: **GENERAL**
Residency: **DOMESTIC** State: **DE**
Status:
**GOOD
STANDING**
Status Date: **07/11/2006**
**TAX INFORMATION**
Last Annual Report Filed: **2005**
Annual Tax Assessment: **$ 78,657.53** Tax Due: **$ 81,120.26**
Tax Status:
**DELINQUENT
QUARTERLY**
Total Authorized Shares: **502,000,000**
**REGISTERED AGENT INFORMATION**
Name: **DELAWARE CORPORATIONS LLC**
Address: **800 DELAWARE AVENUE**
City: **WILMINGTON** County: **NEW CASTLE**
State: **DE** Postal Code: **19801**
Phone: **(302)652-8400**
**FILING HISTORY (Last 5 Filings)**
**Seq Document Code Description
No. of
pages
Filing Date**
(mm/dd/yyyy) **Filing Time
Effective
Date**
(mm/dd/yyyy)
1 0240
Amendment;
Domestic
1 04/12/2007 13:49 04/12/2007
**Former Name:** FIRST GUARDIAN FINANCIAL CORPORATION
2 0240S Amendment; Stock 1 01/17/2007 10:07 01/17/2007
3 0151 Stock Designation 7 07/12/2006 11:06 07/12/2006
4 0240S Amendment; Stock 1 07/11/2006 16:36 07/11/2006
5 0312V Renewal for Void 1 07/11/2006 11:30 07/11/2006
Back to Entity Search
To contact a Delaware Online Agent click here.

Mal Duszak
613 Cross Street
East McKeesport, PA 15035



Clerk, U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801