IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 *** / mpt |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION PURSUANT TO FED. R. CIV. PROC. 4(m) TO EXTEND TIME TO SERVE SUMMONS UPON DEFENDANTS EDWARD ABRAHAM ROSENMAN AND WAKISHA ROSENMAN; AND, MOTION FOR ALTERNATIVE PROCESS**

AND NOW COMES the Plaintiff Mal Duszak ("Duszak"), and that this Court extend the time period to serve the summons in this case pursuant to Fed. R. Civ. Proc. 4(m) and to allow the service of the summons and Complaint against the Rosenman defendants by alternative process:

1. Defendants Edward Abraham Rosenman and Wakisha Rosenman are represented by counsel in this case and, as such, must know about the lawsuit.

2. The Rosenman defendants are residents of Florida.

3. An extensive search has been conducted to locate the Rosenmans in connection with this action.

4. It is believed that the Rosenmans are deliberately avoiding service of process in this case.

5. Under Fed. R. Civ. Proc. 4(e)(1), this Court may apply the service of process rules of the state where the Court sits ("pursuant to the law of the state in which the district court is located").

6. Under Delaware law, this Court may direct service pursuant to an Order of Court when service is being made on persons who are not located in Delaware. <u>See</u> Delaware Rule of Civil Procedure 4(f)(1)(VI).

7. In this case, the plaintiff has engaged in extensive due diligence to locate the Rosenman defendants which warrants alternative service and an extension of time to effectuate it.

8. No prejudice will come from alternative service since the Rosenman defendants are represented by counsel in this case.[1]

9. Simply put, it appears that the Rosenman defendants are attempting to evade service.

10. First, according to docket reports from Lee County, Florida, it appears that Edward Abraham Rosenman may be a fugitive from justice. The docket report, attached as Exhibit A, infers that a warrant existed for his arrest since October 2006, and that additional defaults have been added to the probation violations that are pending.

11. Second, an extensive search to locate Edward and Wakisha Rosenman for service in these proceedings entailed obtaining driving records for the defendants. <u>See</u> Exhibit B. Those records revealed possible addresses for the Rosenman defendants. The most recent address is a house owned by Wakisha Rosenman's parents. A process server from Attorney's Subpoena Service, Inc., was hired to visit the location on several occasions, but no-one answered the door. An interview with a neighbor was conducted. The neighbor stated that Edward and Wakisha Rosenman have been seen going in and out of the location, but that it does not appear that they live at that location.

12. Third, contact was made with Rosenman's previous employer, Cozze's Restaurant, and it was learned that the employment of Rosenman was terminated for work performance

---

[1] It is believed that Delaware counsel for the defendants never interviewed the Rosneman defendants and that counsel has a blatant conflict of interest by reason of Sam Israel's representation of Edward Hayter, because Delaware counsel takes directions from Israel and Hayter's defense clearly conflicts with Rosenman's. That is, Rosenman blames Hayter and Hayter claims he did not even know what kind of business FGFC engaged in.

reasons and that they did not know his current location or employment. Since that time, Cozze's has since closed.

13. Fourth, a UPS package was sent to the address in question. UPS noted that they were informed that the Rosenman defendants no longer lived at the address. However, as recently as January 2007, Edward Rosenman listed the address when obtaining his state identification card.

14. Fifth, to verify that an old address on his driving records was not still valid, telephone calls were made to various neighbors in the apartment building Edward Rosenman lived at prior to moving in or using the address of the property owned by Wakisha Rosenman's parents. In discussing the matter with four neighbors, it was learned that Rosenman no longer lives at the apartment listed on the old driver's license. Thus, the most current address is that found on his identification card (the address where the process server attempted to serve the summons).

15. Sixth, contact was made on two occasions by Mal Duszak's husband, Keith Maydak, on a cellular telephone listen in criminal records involving Rosenman. Rosenman answered the phone on one occasion but refused to provide his address for delivery of the lawsuit. Instead, he referred the matter to Edward Hayter, who he inferred was the person responsible for the matter. Rosenman eventually agreed to accept a copy of the lawsuit by facsimile and stated he would pick up the lawsuit from the local UPS Store. Rosenman, however, failed to answer the telephone the next day as he promised.

16. Seventh, several pieces of ordinary mail addressed to the Rosenman defendants at the address on the driving records was not returned which indicates that mail is being received.

17. Eighth, a request was made to postal officials for information on the addresses; however, a response has not yet been received.

18. Clearly, based on the above, the Rosenman defendants use the address listed on their driving records and state identification card, yet are not cooperating with service of process by either ignoring the doorbell or concealing their true whereabouts.

19. The Rosenman defendants are clearly aware of the lawsuit and must have discussed the lawsuit with their legal counsel since an appearance occurred.

20. Therefore, no prejudice could occur by allowing an extension of time to serve the summonses through an alternative method – counsel already appeared on their behalf.

21. Duszak believes that a proper alternative method would be service by certified mail upon the Rosenman defendants' legal counsel coupled with mailing to the Rosenman defendants' address shown on the most recent identification card belonging to Edward Rosenman via regular and certified mail.

WHEREFORE, based on the above, plaintiff Mal Duszak respectfully requests that this Court allow an extension of time to serve the summonses on the Rosenman defendants and that it authorize alternative service.

Respectfully submitted,

*Mal Dusz*

Mal Duszak
613 Cross Street
East McKeesport, PA  15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAL DUSZAK, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiff, | ) | 07cv0009 *** / mpt |
| | ) | |
| vs. | ) | |
| | ) | |
| EDWARD ABRAHAM ROSENMAN, | ) | |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) | |
| NICOLAS, FIRST GUARDIAN | ) | |
| FINANCIAL CORPORATION, | ) | |
| TRAFALGAR LEASING & FINANCE | ) | |
| CORPORATION, COSMOS GROUP, | ) | |
| WINDSOR CAPITAL LTD., FAUZIE | ) | |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) | |
| "JOHN" LNU, JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that, for good cause shown, the time to serve the summonses is extended to sixty (60) days from the date of this Order pursuant to Fed. R. Civ. Proc. 4(m). It is further ORDERED that alternative service is allowed pursuant to Fed. R. Civ. Proc. 4(e)(1) adopting Delaware Rule of Civil Procedure 4(f)(1)(VI) which allows service on out of state residents pursuant to directions in an Order of Court. Service shall be made by sending the summonses and Complaint to legal counsel who appeared in this case for the Rosenman defendants by certified mail. In addition, a copy of the summonses shall be mailed by both regular and certified mail to the address on the Rosenman defendants' drivers license. The time period for an answer begins upon receipt of the Summons and Complaint by the Rosenman defendants' legal counsel.

By the Court:

_____
United States Magistrate Judge

cc:  All parties

# EXHIBIT A – DOCKET SHEET SHOWING WARRANT FOR ARREST SINCE OCT. 2006

\* The data displayed below was last modified 4/4/2007 6:54:13 PM

### STATE OF FLORIDA VS ROSENMAN, EDWARD

| | |
|---|---|
| Defendant Name: | Rosenman, Edward |
| Date of Birth: | 8/10/1977 |
| Case Number: | 05-CT-503650 |
| Arrest Date: | 6/23/2005 |
| Appear by Date: | |
| Location: | |
| Case Assigned Judge: | Gonzalez, Maria E |
| Uniform Case Number: | 362005CT503650000ACH |
| Issuing Agency: | |
| Offense Date: | 6/23/2005 |
| Citation Number: | 4860-XAA |
| Lead Attorney: | Peter D Aiken |
| Assessed Payment: | $1,475.00 |
| Amount Paid: | $80.00 |
| Balance Due: | $1395.00 |
| Payment Plan: | N/A |
| Upcoming Hearings: | N/A |

**Charges**

| Charge Filing Date: | Statute: | Level/Degree | Charge Number: | Offense: | Disposition: |
|---|---|---|---|---|---|
| | 316.193 | Misdemeanor - First Degree | 1 | DUI (2ND OR MORE) | Def Sent/Adj Guilty |

**Sentence Components**

| Component: | Value: |
|---|---|
| Confinement Agency | Lee County Jail |
| Confinement Max Days | 10 |
| Confinement Max Death | No |
| Confinement Max Life | No |
| Confinement Min Death | No |
| Confinement Min Life | No |
| Confinement Min N/A | Yes |
| County Reporting Probation Life | No |
| County Reporting Probation Years | 1 |
| DL Suspension Type | No Drivers License Action Taken |
| InterLock Years | 1 |

## Assessments

| Transaction Date: | Charge Amount: | Fee Code: | Fee Description: |
|---|---|---|---|
| 6/24/2005 | $40.00 | IND | IND App/Fee Indigents TF |
| 5/11/2006 | $480.00 | PB-COS | COS Cost of Supervision |
| 5/31/2006 | $925.00 | -CT-FS | FS Fine & Surcharge |
| 8/3/2006 | $15.00 | -CT-D6DEL | D6 Delinquent |
| 4/2/2007 | $15.00 | -CT-D6DEL | D6 Delinquent |

## Payments

| Transaction Date: | Receipt Number: | Payment Amount: | Fee Description: |
|---|---|---|---|
| 6/5/2006 | ODFM-2006-86016 | $80.00 | |

## Bonds

| Bond Amount: | Bond Type: | Bond Status: | Status Date: | Bond Company: |
|---|---|---|---|---|
| | Pre-Trial Surety Bond | Posted | 6/24/2005 | Blanding Bail Bonds |
| | Pre-Trial Surety Bond | Return to Depositor or Bondsman | 6/2/2006 | Blanding Bail Bonds |

## Docket Information

| Docket Date: | Event Description: |
|---|---|
| 6/23/2005 | Case Opened by Booking Sheet, |
| 6/23/2005 | In Custody, |
| 6/24/2005 | Affidavit of Indigent Status/Deter Indigent Filed, |
| 6/24/2005 | Bonded Out, 12373091 comp w/05mm0233117 |
| 6/24/2005 | Affidavit for Indigent Status Disclosure Form Filed, |
| 6/27/2005 | Mandatory Court Appearance - By Offense, |
| 6/27/2005 | Copy of Surety Bond Filed, |
| 7/6/2005 | Plea of Not Guilty and Request for Jury Trial Filed, |
| 7/6/2005 | Notice of Appearance of Counsel Filed, |

| Date | Entry |
|---|---|
| 7/6/2005 | Plea of Not Guilty and Request for Jury Trial Filed, |
| 7/6/2005 | Continuance Form Filed, |
| 7/6/2005 | Notice of Appearance of Counsel Filed, |
| 7/6/2005 | Notice of Discovery Filed, |
| 7/6/2005 | Demand for Discovery Filed, |
| 7/13/2005 | Continuance Form Filed, |
| 7/14/2005 | Discovery Disclosure Filed, w/05MM23317 |
| 7/19/2005 | Subpoena(s) Returned and Filed, W/05MM23317 |
| 7/19/2005 | Subpoena(s) Returned and Filed, w/05mm23317 |
| 8/5/2005 | Speedy Trial Waived, |
| 8/5/2005 | Continuance Mailed and Copy Filed, |
| 8/5/2005 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 8/5/2005 | Continuance Form Filed, |
| 8/8/2005 | Notice of Appearance to Bondsman Mailed & Filed, |
| 9/23/2005 | Continuance Form Filed, |
| 9/23/2005 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 9/23/2005 | Present By Attorney, |
| 9/23/2005 | Continuance Form Filed, |
| 9/23/2005 | Speedy Trial Waived, |
| 10/19/2005 | Information and Notice to the Clerk Filed, |
| 10/19/2005 | Notice of Arraignment Filed, |
| 10/21/2005 | Continuance Form Filed, |
| 10/21/2005 | Additional Discovery Information Filed, |
| 10/21/2005 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 10/28/2005 | Notice of Appearance to Bondsman Mailed & Filed, |
| 11/10/2005 | Notice Filed, |
| 12/9/2005 | Continuance Form Filed, |
| 12/9/2005 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 1/27/2006 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 1/27/2006 | Continuance Form Filed, |
| 2/17/2006 | Not of App/NG Plea/Continuance (County Court Form) Filed, |
| 2/17/2006 | Present With Attorney, |
| 2/17/2006 | Docket Sounding (Judge:Gonzalez, Maria E), Time - 08:30 |
| 2/22/2006 | Notice of Appearance to Bondsman Mailed & Filed, |
| 4/3/2006 | Trial (Judge:Gonzalez, Maria E), Time - 13:30 |
| 4/3/2006 | Present By Attorney, |
| 4/3/2006 | Continuance Form Filed, |
| 4/21/2006 | Additional Discovery Disclosure Filed, |
| 5/2/2006 | Trial (Judge:Gonzalez, Maria E), Time - 13:00 |
| 5/4/2006 | Incarceration After Disposition (Judge: Gonzalez, Maria E), DUI (2ND OR MORE) |
| 5/4/2006 | Disposition (Judge:Gonzalez, Maria E) |

| | |
|---|---|
| 5/4/2006 | Plea (Judge:Gonzalez, Maria E), Pled Nolo Contendere - DUI (2ND OR MORE) |
| 5/4/2006 | Defendant Must Attend DUI School - Phase II, |
| 5/4/2006 | Plea of Guilty or No Contest Filed, |
| 5/4/2006 | Commitment Form Filed, |
| 5/4/2006 | Present With Attorney, |
| 5/4/2006 | Report to Probation Today or Upon Release From Jail, |
| 5/4/2006 | Trial (Judge:Gonzalez, Maria E), Time - 08:30 |
| 6/2/2006 | Surety Bond Returned to Bondsman, |
| 6/6/2006 | Judgment of Guilt & Placing Defendant on Probation Filed, |
| 8/3/2006 | CT - D6 Issued for Failed to Complete Court Ordered School, |
| 8/3/2006 | CT - D6 Ordered for Failed to Complete Court Ordered School, |
| 10/6/2006 | Warrant and Affidavit in Violation of Probation Filed, |
| 4/2/2007 | Delinquency Notice Mailed and Filed, |
| 4/2/2007 | CT - D6 Ordered for Failed to Pay Fine, |
| 4/2/2007 | CT - D6 Issued for Failed to Pay Fine, |

## End of Case Detail Information

## EXHIBIT B – DRIVING RECORDS FOR ROSENMAN DEFENDANTS

Name: EDWARD A ROSENMAN
DL Number: R255-221-77-290-0
State: Florida
License Address: 2827 SW 30TH ST, CAPE CORAL FL 33914-4712, LEE COUNTY
DOB: 08/10/1977
SSN: 084-62-xxxx
Sex: M
Race: W
Expiration Date: 08/10/2011
Issue Date: 01/15/2007
License Type: Identification Card
Height: 5'11

Name: EDWARD A ROSENMAN
DL Number: R255-221-77-290-0
State: Florida
License Address: 15360 SONOMA DR APT 105, FORT MYERS FL 33908-7303, LEE COUNTY
DOB: 08/10/1977
SSN: 084-62-xxxx
Sex: M
Race: W
Expiration Date: 08/10/2011
Issue Date: 05/27/2005
License Type: Non-Commercial - Regular Operator License
Height: 5'11

Name: WAKISHA NICOLAS
DL Number: N242-880-80-838-0
State: Florida
License Address: 2827 SW 30TH ST, CAPE CORAL FL 33914-4712, LEE COUNTY
DOB: 09/18/1980
SSN: 089-64-xxxx
Sex: F
Race: B
Expiration Date: 09/18/2011
Issue Date: 07/10/2006
License Type: Non-Commercial - Regular Operator License
Height: 5'06

Name: WAKISHA ROSENMAN
DL Number: R255-880-80-838-0
State: Florida
License Address: 2827 SW 30TH ST, CAPE CORAL FL 33914-4712, LEE COUNTY
DOB: 09/18/1980
SSN: 089-64-xxxx
Sex: F
Race: B
Expiration Date: 09/18/2011
Issue Date: 09/06/2006
License Type: Non-Commercial - Regular Operator License
Height: 5'06

Name: WAKISHA ROSENMAN
DL Number: R255-880-80-838-0
State: Florida
License Address: 2827 SW 30TH ST, CAPE CORAL FL 33914-4712, LEE COUNTY
DOB: 09/18/1980
SSN: 089-64-xxxx
Sex: F
Race: B
Expiration Date: 09/18/2010
Issue Date: 08/03/2006
License Type: Identification Card
Height: 5'06

## CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 14th day of February, 2007:

Daniel W. Burgess
PO Box 1542, #5
Stowe, VT  05672

Daniel W. Burgess
c/o Skiershop
638 Main Street
Stowe, VT  05672

Edward Wayne Hayter Sr.
165 Jaffrey Street
Brooklyn, NY  11235-3022

John C. Philips, Jr., Esquire
Phillips, Goldman & Spence P.A.
1200 N. Broom Street
Wilmington, DE  19806

*Mal Duszak*
Mal Duszak

