IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAL DUSZAK, | ) JURY TRIAL DEMANDED |
| | ) |
| Plaintiff, | ) 07cv0009 *** / mpt |
| | ) |
| v. | ) |
| | ) |
| EDWARD ABRAHAM ROSENMAN, | ) |
| WAKISHA ROSENMAN a/k/a WAKISHA | ) |
| NICOLAS, FIRST GUARDIAN | ) |
| FINANCIAL CORPORATION, | ) |
| TRAFALGAR LEASING & FINANCE | ) |
| CORPORATION, COSMOS GROUP, | ) |
| WINDSOR CAPITAL LTD., FAUZIE | ) |
| MOHAMED a/k/a FAUZIE MOHAMAED, | ) |
| "JOHN" LNU, JOHN DOES 1-100, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

AND NOW COMES the Plaintiff Mal Duszak ("Duszak") who, pursuant to Fed. R. Civ. Proc. 41(a),[1] notifies the Court and the parties that she dismisses this action <u>with prejudice</u> as the parties have reached a settlement of the claims.

Dated this 10th day of September in Elblag, Poland.

Respectfully submitted,

*Mal Dusk*

Mal Duszak
613 Cross Street
East McKeesport, PA 15035
1-888-546-2320  Telephone
1-800-572-4403  Facsimile
m.duszak@k2send.com

PLAINTIFF

FILED
SEP 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

[1] No responsive pleading having been filed.

CERTIFICATE OF SERVICE

I, Mal Duszak, certify that I caused to be mailed a true copy of the foregoing motion to the following parties on this 10th day of September, 2007:

Sam Israel, Esquire
Sam P. Israel, P.C.
1 Liberty Plaza, Suite 2300
New York, NY 10006

John C. Philips, Jr., Esquire
Phillips, Goldman & Spence P.A.
1200 N. Broom Street
Wilmington, DE 19806

_____
Mal Duszak



Clerk, U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

U.S.M.S. X-RAY

ABC Agents, Inc.
*legal support services and corporate agents*
ph: 888-554-7185  email: service@abcagents.net
613 Cross Street
East McKeesport, PA  15035-1307